Date: 07/01/10    DIVIDENDS REMITTED TO THE COURT    R#150533    Page: 1

Case Number 09-21017 - DUKSTANSKY, VADIM Y.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000003 | 206.65 | 0.98 |
| ---------- Remittance Total --------------- | | 206.65 | 0.98 |

*signature*
ALAN J. TREINISH, TRUSTEE

FILED
CLERK U.S. BANKRUPTCY COURT
2010 JUL -2 AM 11:51
NORTHERN DISTRICT OF OHIO
CLEVELAND